# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-100 |
| v. | |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,** | **CONSOLIDATED CASE** |
| | **LEAD CASE** |
| **Defendants.** | |

## AGREED MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO SETTLEMENT

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant Samsung Electronics America, Inc. ("Samsung") in this case, with each party to bear its own costs, expenses and attorneys' fees.

Dated: November 27, 2012            Respectfully submitted,

 /s/ Craig Tadlock
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff NovelPoint Security LLC*

**CERTIFICATE OF CONFERENCE**

     I hereby certify that on November 27, 2012, I conferred by email with counsel for Defendant Samsung. Counsel for Defendant Samsung and I agreed to the form and substance of this motion and all relief requested therein. Accordingly, this motion is an agreed motion.

                                        */s/ Craig Tadlock*
                                        Craig Tadlock

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that, on this the 27th day of November, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                          */s/ Craig Tadlock*
                                          Craig Tadlock