# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| **Plaintiff,** | Case No. 2:12-cv-100 |
| v. | **CONSOLIDATED CASE** |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL.,** | **LEAD CASE** |
| **Defendants.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the Agreed Motion to Dismiss with Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Samsung Electronics America, Inc. ("Samsung"), the Court is of the opinion that such Motion should be **GRANTED**.

It is therefore **ORDERED** that NovelPoint's claims against Defendant Samsung are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 28th day of November, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE